ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeals of -- | ) | |
|---|---|---|
| | ) | |
| MCC Construction Corporation | ) | ASBCA Nos. 57917, 57918, 57919 |
| | ) | 57920, 57921, 57922 |
| | ) | 57923, 57924, 57925 |
| | ) | 57926 |
| Under Contract No. W912LD-05-D-0005 | ) | |

APPEARANCES FOR THE APPELLANT:  Charles R. Lucy, Esq.
Todd W. Miller, Esq.
Holland & Hart LLP
Colorado Springs, CO

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Nancy J. Lewis, JA
Trial Attorney

## ORDER OF DISMISSAL

The parties have filed a joint "Motion to Suspend Proceedings Under ASBCA Rule 18" for a period of six months to pursue settlement and resolution of the referenced appeals. The motion is granted. These appeals are dismissed without prejudice pursuant to Board Rule 18. Unless either party moves to reinstate the appeals within six months from the date of this order, the dismissal shall be deemed to be with prejudice.

Dated:  27 October 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57917, 57918, 57919, 57920, 57921, 57922, 57923, 57924, 57925, 57926, Appeals of MCC Construction Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals